# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

CEDRIC DUPREE

    *Plaintiff*

      v.

JOSHUA FRITZ, JOHN MOHR, BRIAN THOMAS, DAVID HOLDER, GEORGE HOLTON and MICHAEL SCHNICKER

    *Defendants*

Case Number: 08-cv-00618-DGW

# **JUDGMENT IN A CIVIL ACTION**

The Court has ordered that:

**X**    Plaintiff recover nothing, and the action is **DISMISSED** on the merits.

This action was:

**X**    tried by Judge Donald G. Wilkerson without a jury, and the above decision was reached.

**Dated: 8/23/2011**

                            NANCY J. ROSENSTENGEL, Clerk

                            s/ Jackie Payton
                            Deputy Clerk